**FILED**

January 17, 2013

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 2:13-MJ-00013-DAD |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| MAURISIO ANDRADE, | ) | |
| | ) | |
| Defendant. | ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  MAURISIO ANDRADE , Case No.  2:13-MJ-00013-DAD  , Charge  21 USC 841(a)(1)  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    ✔    Bail Posted in the Sum of $ 75,000.00

        ✔    Unsecured Appearance Bond co-signed by Judie Garcia and Monique Ballizia

        __    Appearance Bond with 10% Deposit

        __    Appearance Bond with Surety

        __    Corporate Surety Bail Bond

        ✔    (Other) Pursuant to the special conditions of release stated on the record.

Issued at  Sacramento, CA  on  January 17, 2013  at  1:47 p.m.

By    Dale A. Drozd

Dale A. Drozd
United States Magistrate Judge

 cc:- USM